**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILDEARTH GUARDIANS | ) | |
| 516 Alto St., | ) | |
| Santa Fe, NM 87501 | ) | |
| | ) | |
| Plaintiff, | ) | Case No.15-2173 |
| | ) | |
| v. | ) | |
| | ) | |
| SALLY M. R. JEWELL, in her official capacity | ) | |
| as Secretary of the Interior, and THE UNITED | ) | |
| STATES FISH AND WILDLIFE SERVICE, a | ) | |
| A federal agency within the U.S. Department of | ) | |
| the Interior, | ) | |
| 1849 C Street NW | ) | |
| Washington, DC 20240 | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

<u>INTRODUCTION</u>

1. Plaintiff WildEarth Guardians (Guardians) brings this action under the Endangered Species

Act, 16 U.S.C. 1531-34 ("ESA"), to challenge the Secretary of the Interior's and the United

States Fish and Wildlife Services ("The Service") (collectively "the Service" or "Defendants")

failure to make mandatory findings on whether 69 imperiled species should be listed as

threatened or endangered under the ESA. 16 U.S.C. 1533 (b)(3)(B). Each of these 69 species is

listed and described below. Each of these species is experiencing population declines and threats

to its existence.

2.  Seeking to secure federal protection for the species and their habitats, Guardians submitted to

list these species as "endangered" or "threatened pursuant to the ESA. In response to Guardians'

petitions the Service issued "90-day findings" that the petitions presented substantial information

that listing each of these 69 species may be warranted. 16 U.S.C. 1533 (b)(3)(A); 74 Fed. Reg.

66260 (Dec. 15, 2009) (Salina mucket (*Potamilus metnecktayi*) and the Texas heelsplitter

(*Potamilus amphichaenus*)); 74 Fed. Reg. 66866 (Dec. 16, 2009)

| | |
|---|---|
| *Donrichardsia macroneuron* | A moss |
| *Eurycea neotenes* | Texas salamander |
| *Eurycea robusta* | Blanco blind salamander |
| *Eurycea sp. 8* | Comal Springs salamander |
| *Eurycea tridentifera* | Comal blind salamander |
| *Notophthalmus meridionalis* | Black-spotted newt |
| *Cambarus subterraneus* | Delaware County cave crayfish |
| *Cambarus tartarus* | Oklahoma cave crayfish |
| *Orconectes saxatilis* | Kiamichi crayfish |
| *Lirceolus smithii* | Texas troglobitic water slater |
| *Cyprinodon pecosensis* | Pecos pupfish |
| *Cyprinodon tularosa* | White Sands pupfish |
| *Gambusia clarkhubbsi* | San Felipe gambusia |
| *Ictalurus sp. 1* | Chihuahua catfish |
| *Macrhybopsis tetranema* | Arkansas River speckled chub |
| *Satan eurystomus* | Widemouth blindcat |
| *Trogloglanis pattersoni* | Toothless blindcat |
| *Agalinis navasotensis* | Navasota false foxglove |
| *Eriogonum mortonianum* | Morton's wild buckwheat |
| *Amsonia tharpi* | Tharp's blue-star |
| *Castilleja ornata* | Glowing Indian paintbrush |
| *Asclepias prostrata* | Prostrate milkweed |
| *Salvia pentstemonoides* | Big red sage |
| *Lesquerella kaibabensis* | Kaibab bladderpod |
| *Hexalectris revoluta* | Chisos coralroot |
| *Genistidium dumosum* | Brush-pea |
| *Pediomelum pentaphyllum* | Chihuahua scurfpea |
| *Paronychia congesta* | Bushy whitlow-wort |
| *Cicindela theatina* | Colorado tiger beetle |
| *Lycaena ferrisi* | Ferris's copper |
| *Argia sabino* | Sabino dancer |

| | |
|---|---|
| *Haideoporus texanus* | Edwards Aquifer diving beetle |
| *Litodonta sp. 1 nr. Alpina* | A notodontid moth |
| *Astylis sp. 1* | A notodontid moth |
| *Heterocampa sp. 1 nr. Amanda* | A notodontid moth |
| *Fusconaia lananensis* | Triangle pigtoe |
| *Pleurobema riddellii* | Louisiana pigtoe |
| *Toxolasma corvunculus* | Southern purple lilliput |
| *Pyrgulopsis pecosensis* | Pecos springsnail |
| *Phreatodrobia imitata* | Mimic cavesnail |
| *Pyrgulopsis arizonae* | Bylas springsnail |
| *Pyrgulopsis bacchus* | Grand Wash springsnail |
| *Pyrgulopsis conica* | Kingman springsnail |
| *Pyrgulopsis glandulosa* | Verde Rim springsnail |
| *Tryonia gilae* | Gilae tryonia |
| *Tryonia quitobaquitae* | Quitobaquito tryonia |
| *Pisidium sanguinichristi* | Sangre de Cristo peaclam |
| *Oreohelix pilsbryi* | Mineral Creek mountainsnail |
| *Sonorella eremita* | San Xavier talussnail |
| *Sonorella todseni* | Dona Ana talussnail |
| *Ashmunella levettei* | Huachuca woodlandsnail |
| *Ashmunella macromphala* | Cook's Peak woodlandsnail |
| *Maricopella allynsmithi* | Squaw Park talussnail |
| *Sonorella grahamensis* | Pinaleno talussnail |
| *Sonorella macrophallus* | Wet Canyon talussnail |
| *Aspidoscelis arizonae* | Arizona striped whiptail |

and 74 Fed. Reg. 41649 (Aug. 18, 2009)

| | |
|---|---|
| *Cryptantha semiglabra* | Pipe Springs cryptantha |
| *Eriogonum brandegeei* | Brandegee's wild buckwheat |
| *Corispermum navicula* | Boat-shaped bugseed |
| *Sisyrinchium sarmentosum* | Pale blue-eyed grass |
| *Draba weberi* | Weber's whitlow-grass |
| *Lesquerella navajoensis* | Navajo bladderpod |
| *Astragalus iselyi* | Isely's milkvetch |
| *Astragalus sabulosus* | Cisco milkvetch |
| *Pyrgulopsis anguina* | Longitudinal gland pyrg |
| *Pyrgulopsis hamlinensis* | Hamlin Valley pyrg |
| *Pyrgulopsis saxatilis* | Sub-globose snake pyrg |

Within 12 months of receiving the petitions, the Service was required to determine if listing these species was "warranted." To date, Defendants have failed to make these requisite findings and they are therefore in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

3.  To remedy these violations, Guardians seeks declaratory relief to affirm that the Defendants are in violation of the ESA and Administrative Procedure Act ("APA") by failing to make 12-month findings on Guardians' petitions to list these eight species, and injunctive relief that establishes dates certain for Defendants to determine if listing these species as endangered or threatened is warranted. Compliance with the nondiscretionary deadlines of the ESA is necessary to ensure the continued existence of these species in the wild.

## JURISDICTION

4.  The Court has jurisdiction over this action pursuant to 16 U.S.C. §§ 1540(c) and (g)(1)(C) (action arising under the ESA's citizen suit provision), 5 U.S.C. § 702 (review of agency action under the APA), and 28 U.S.C. § 1331 (federal question jurisdiction).

5. The Court may grant the relief requested under the ESA, 16 U.S.C. § 1540(g); the APA, 5 U.S.C. §§ 701-706; and 28 U.S.C. §§ 2201 and 2202 (declaratory and injunctive relief).

6. Guardians provided 60 days notice of its intent to file this suit pursuant to the citizen-suit provision of the ESA, 16 U.S.C. § 1540(g)(2)(C), by letter dated August 17, 2015. Defendants have not remedied the alleged violations. Therefore, an actual controversy exists between the parties within the meaning of 28 U.S.C. § 2201.

## VENUE

7. The United States District Court for the District of Columbia is the proper venue for this action pursuant to 16 U.S.C. § 1540(g)(3)(A) and 28 U.S.C. § 1391(e). Defendants' headquarters

are located within this district, and a substantial part of the events giving rise to Guardians'

claims occurred in this district.

<div align="center">PARTIES</div>

8. PLAINTIFF WildEarth Guardians is a non-profit corporation headquartered in Santa Fe, New

Mexico, with offices in Oregon, Wyoming, California, Colorado, Utah, Arizona, and Montana.

Founded in 1986, Guardians works to protect and restore wildlife, wild places, wild rivers and

health of the American West. Guardians has a long history of working to safeguard imperiled

species and ensure they receive the considerable protections afforded by the Endangered Species

Act. Guardians submits scientific petitions to list imperiled species under the ESA, including for

the species that are the subject of this complaint. Guardians works on behalf of its over 105,000

members and supporters who are concerned with conserving imperiled species, preventing

extinction and recovering species facing serious threats including habitat destruction, wildlife,

grazing, fossil fuel development, and invasive species, among others. Guardians is actively

working to protect wildlife and plants from the effects of climate change.

9.  Guardians' members and staff visit and enjoy areas where these species live for recreational,

aesthetic, professional, and scientific activities and will continue to do so. Guardians' members

use these areas to observe wildlife, including these species, for research, nature photography,

aesthetic enjoyment, and recreational, educational and other activities. Guardians' members

derive aesthetic enjoyment, professional, spiritual, and economic benefit from these species and

their habitats.  Guardians' members have concrete plans to visit the areas where they can observe

these species and will maintain their interest in these species and their habitats in the future.

10.  Guardians' conservation efforts are prompted by concern that the species listed above are at

significant risk of extinction. Guardians' sued the Fish and Wildlife Service for its failure to

make a 90-day finding on the petition to list the pale blue-eyed grass, an iris endemic to a small

area of Oregon and Washington facing multiple threats, on February 9, 2010. Guardians sued the

Service for its failure to make a timely 90-day finding on the petition to list the Pipe Springs

cryptantha, a foot tall flower threatened by off-road vehicle use, grazing and development, on

January 26th, 2010. On March 19th, 2008, Guardians filed suit against the Service for its failure

to meet 90-day finding deadlines for the rest of the species included in this complaint, among

others. Guardians and its members have a substantial interest in the conservation and recovery of

these species and are adversely affected by the Service's failure to protect the species and their

habitats in compliance with the ESA, including the Service's failure to make 12 month-findings

for these species during the intervening several years since Guardians submitted the petitions.

11. Defendants' failure to comply with the ESA's nondiscretionary deadline for issuing 12-month

findings on these species deprives them of statutory protections that are vitally necessary to their

survival and recovery. Until these species are protected under the ESA, Guardians' interest in

their conservation and recovery is impaired. Therefore, Guardians' members and staff are injured

by Defendants' failure to make a timely determination as to whether listing these species is

warranted, as well as by the ongoing harm to the species and their habitats in the absence of such

protections. The injuries described above are actual, concrete injuries presently suffered by

Guardians and its members, and they will continue to occur unless this Court grants relief. These

injuries are directly caused by Defendants' inaction, and the relief sought herein – an order

compelling listing decisions for these species – would redress these injuries. Guardians and its

members have no other adequate remedy at law.

12. Defendant SALLY M.R. JEWELL is the Secretary of the Interior and is the federal official in

whom the ESA vests final responsibility for making decisions and promulgating regulations

required by and in accordance with the ESA, including listing and critical habitat decisions.

Secretary Jewell is sued in her official capacity.

13. Defendant UNITED STATES FISH AND WILDLIFE SERVICE is the agency 5 within the

Department of the Interior that is charged with implementing the ESA for most terrestrial species

as well as ensuring prompt compliance with the ESA's mandatory listing deadlines.

## LEGAL BACKGROUND

14. The ESA is a comprehensive federal statute which declares that endangered and threatened

species are of "esthetic, ecological, educational, historical, recreational, and scientific value to

the Nation and its people." 16 U.S.C. § 1531(a)(3). Accordingly, the purpose of the ESA is to

"provide a means whereby the ecosystems upon which endangered species and threatened

species depend may be conserved, [and] to provide a program for the conservation of such

endangered species and threatened species …. " Id. § 1531(b).

15. To this end, section 4 of the ESA requires the Secretary to protect imperiled species by

listing them as either "endangered" or "threatened." Id. § 1533(a). A "species" includes "any

subspecies of fish or wildlife or plants, and any distinct population segment of any species of

vertebrate fish or wildlife which interbreeds when mature." Id. § 1532(16).

16. The ESA's conservation measures apply only after the Secretary lists a species as threatened

or endangered. For example, section 7 of the ESA requires all federal agencies to ensure that

their actions do not "jeopardize the continued existence" of any listed species or "result in the

destruction or adverse modification" of a species' "critical habitat." Id. § 1536(a)(2). Section 9 of

the ESA prohibits, among other things, "any person" from intentionally taking listed species or

incidentally taking listed species without a lawful authorization from the Secretary. Id. §§

1538(a)(1)(B) and 1539. Concurrently with listing, the Secretary must designate the species'

critical habitat, which includes areas that are essential to the conservation of the species. Id. §§ 1532(5)(A) and 1533(a)(3)(A). Other provisions of the ESA require the 6 Secretary to "develop and implement" recovery plans for listed species, authorize the Secretary to acquire land for the protection of listed species, and make federal funds available to states to assist in their efforts to preserve and protect listed species. Id. § 1533(f), § 1534, and § 1535(d).

17. To ensure the timely protection of species that are at risk of extinction, Congress set forth a detailed process whereby citizens may petition the Secretary to list a species as endangered or threatened. The process includes mandatory, non-discretionary deadlines that the Secretary must meet so that imperiled species receive the ESA's substantive protections in a timely fashion. The three required findings, described below, are the 90-day finding, the 12- month finding, and the final listing determination. The Secretary has delegated responsibility for making these findings to the Service.

18. Upon receiving a listing petition, the Service must "to the maximum extent practicable, within 90-days" make an initial finding as to whether the petition "presents substantial scientific or commercial information indicating that the petitioned action may be warranted." Id. § 1533(b)(3)(A). If the Service finds that the petition does not present substantial information indicating that listing may be warranted, the petition is rejected and the process ends.

19. If the Service instead determines that a petition does present substantial information indicating that listing may be warranted, then the agency must conduct a full scientific review of the species' status. Id. Upon completion of this status review, and within 12 months from the date that it receives the petition, the Service must make one of three findings: (1) listing is "not warranted"; (2) listing is "warranted"; or (3) listing is "warranted but precluded" by other pending proposals for listing species, provided certain requirements are met. Id. § 1533(b)(3)(B).

20. If the Service's 12-month finding concludes that listing is warranted, the agency must 7 publish notice of the proposed regulation to list the species as endangered or threatened in the Federal Register for public comment. Id. § 1533(b)(3)(B)(ii). Within one year of publication of the proposed regulation, the ESA requires the Service to render its final determination on the proposal. Id. § 1533(b)(6)(A). At such time, the Service must either list the species, withdraw the proposed listing rule, or, if there is substantial disagreement about scientific data, delay a final determination for up to six months in order to solicit more scientific information. Id. §§ 1533(b)(6)(A)(i) and 1533(b)(6)(B)(i).

21. Because the ESA does not safeguard a species facing extinction until it is formally listed as endangered or threatened, it is critical that the Service meticulously follow the ESA's listing procedures and deadlines so that such species are protected in a timely manner. Defendants have regularly ignored these statutory procedures and have missed statutory listing deadlines, leading to litigation to correct these deficiencies.

22. On May 10, 2011, Guardians entered into a comprehensive stipulated settlement agreement that defines Defendants' responsibilities regarding future ESA statutory deadline litigation between these parties. Stipulated Settlement Agreement, In re Endangered Species Act Section 4 Deadline Litigation – MDL No. 2165, No. 10-377 (D.D.C. May 10, 2011), ECF No. 31-1.

23. Under the settlement, Guardians may file deadline suits addressing species for which the organization had submitted petitions to list in 2007-2008 and for which the Service issued positive 90-day findings in 2009. The instant complaint is the "deadline suit" envisioned in paragraph 9 of the parties' settlement.

24. Guardians has not filed any other deadline suits during the current fiscal year.

## FACTUAL BACKGROUND

A. *Potamilus metnecktayi*—Salina mucket

25. The Salina mucket is a freshwater mollusk with a tan to dark brown or black oval shell, approximately 4.1 inches long. It inhabits the Rio Grande in Texas between the Big Bend region in Brewster County to below Falcon Dam in Starr County. It used to occur as far north and west as New Mexico and as far south as northern Mexico. It requires flowing streams and rivers with sand and gravel substrates. 74 Fed. Reg. 66263 (December 15, 2009).

26. Due to the threats to the Salina mucket, on June 18, 2007, Guardians submitted a petition to the Service to list the Salina mucket as endangered or threatened under the ESA. The petition was received on June 25, 2007.

27. The Service issued a 90-day finding on Guardians' petition to list the Salina mucket on December 15, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Salina Mucket may be warranted due to present or threatened destruction, modification, or curtailment of its habitat or range  from drought-related dewatering of the Rio Grande and decline in water flow rates. 74 Fed. Reg. 66266 (December 15, 2009).

28. The Service was required to make a 12-month finding as to whether listing the Salina Mucket is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

B. *Potamilus amphichaenus*—Texas heelsplitter

29. The Texas heelsplitter is a freshwater mollusk with an elongated, tan to brown shell approximately seven inches in length. It inhabits the Neches River, lower-central Trinity River, and upper Sabine River in Texas. It requires flowing waters, preferably small to medium rivers

with sand or mud substrates, but can also be found in reservoirs. 74 Fed. Reg. 66263 (December 15, 2009).

30. Due to the threats to the Texas heelsplitter, on June 18, 2007, Guardians submitted a petition to the Service to list the Texas heelsplitter as endangered or threatened under the ESA. The petition was received on June 25, 2007.

31. The Service issued a 90-day finding on Guardians' petition to list the Texas heelsplitter on December 15, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Texas heelsplitter may be warranted due to present or threatened destruction, modification, or curtailment of its habitat or range. Fluctuating water levels due to repeated drawdowns at B. A. Steinhagen Reservoir may be decreasing the abundance of the species. 74 Fed. Reg. 66265 (December 15, 2009).

32. The Service was required to make a 12-month finding as to whether listing the Texas heelsplitter is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

C. *Donrichardsia macroneuron*—A moss, no common name

33. *Donrichardsia macroneuron* is an aquatic moss that grows partially submerged in shaded areas in rapidly flowing water. It is known from only one occurrence at Seven Hundred Springs on the South Llano River in Edwards County, Texas. 74 Fed. Reg. 66904 (December 16, 2009).

34. Due to the threats to the moss, on June 18, 2007, Guardians submitted a petition to the Service to list the moss as endangered or threatened under the ESA. The petition was received on June 25, 2007.

35. The Service issued a 90-day finding on Guardians' petition to list the moss on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to

indicate that listing the moss may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range stemming from prolonged drought or changes in the hydrology of the spring. 74 Fed. Reg. 66905 (December 16, 2009).

36. The Service was required to make a 12-month finding as to whether listing the moss is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

D. *Eurycea neotenes*—Texas salamander

37. The Texas salamander is an amphibian restricted to a small range encompassing three springs in Bexar County in south-central Texas: Helotes Creek Spring, Leon Springs, and Mueller's Spring. 74 Fed. Reg. 66886 (December 16, 2009).

38. Due to the threats to the Texas salamander, on June 18, 2007, Guardians submitted a petition to the Service to list the Texas salamander as endangered or threatened under the ESA. The petition was received on June 25, 2007.

39. The Service issued a 90-day finding on Guardians' petition to list the Texas salamander on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Texas salamander may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range, as drought could trap salamanders in drying surface pools. 74 Fed. Reg. 66886-66887 (December 16, 2009).

40. The Service was required to make a 12-month finding as to whether listing the Texas salamander is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

E. *Eurycea robusta*—Blanco blind salamander

41. The Blanco blind salamander is an amphibian known only from four specimens observed in 1951. It inhabits water-filled underground caverns in the San Marcos Pool of the Balcones Aquifer in Hays County, Texas. 74 Fed. Reg. 66886 (December 16, 2009).

42. Due to the threats to the Blanco blind salamander, on June 18, 2007, Guardians submitted a petition to the Service to list the Blanco blind salamander as endangered or threatened under the ESA. The petition was received on June 25, 2007.

43. The Service issued a 90-day finding on Guardians' petition to list the Blanco blind salamander on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Blanco blind salamander may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Falling groundwater levels due to increased pumping to support residential and commercial development, combined with drought, threaten aquatic species in the Edwards Aquifer including the Blanco blind salamander. Salamanders are also vulnerable to harm from groundwater pollutants. 74 Fed. Reg. 66886 (December 16, 2009).

44. The Service was required to make a 12-month finding as to whether listing the Blanco blind salamander is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

F. *Eurycea* sp. 8—Comal Springs salamander

45. The Comal Springs salamander is an amphibian known only from Comal Springs in Landa Park and Landa Lake, Texas. 74 Fed. Reg. 66886 (December 16, 2009).

46. Due to the threats to the Comal Springs salamander, on June 18, 2007, Guardians submitted a petition to the Service to list the Comal Springs salamander as endangered or threatened under the ESA. The petition was received on June 25, 2007.

47. The Service issued a 90-day finding on Guardians' petition to list the Comal Springs salamander on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Comal Springs salamander may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Several species that co-occur with the salamander in Comal Springs are threatened by groundwater withdrawal and groundwater contamination in the Edwards Aquifer, and the Comal Springs salamander is likely facing the same threats. 74 Fed. Reg. 66886 (December 16, 2009).

48. The Service was required to make a 12-month finding as to whether listing the Comal Springs salamander is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

G. *Eurycea tridentifera*—Comal blind salamander

49. The Comal blind salamander is an amphibian known from Comal, Bexar, and possibly Kendall counties in Texas. It is found in the Comal Springs ecosystem, on the southeastern margin of the Edwards Plateau and the Cibolo Sinkhold Plain region. Recent surveys list at least seven occurrences including Badweather Pit, Honey Creek Cave, Ebert Cave, Comal Springs, Pedernales Spring 1 and Spring 2, and caves at Camp Bullis Army Base.  74 Fed. Reg. 66886 (December 16, 2009).

50. Due to the threats to the Comal blind salamander, on June 18, 2007, Guardians submitted a petition to the Service to list the Comal blind salamander as endangered or threatened under the ESA. The petition was received on June 25, 2007.

51. The Service issued a 90-day finding on Guardians' petition to list the Comal blind salamander on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Comal blind salamander may be warranted due

to the present or threatened destruction, modification, or curtailment of its habitat or range.

Several species that co-occur with the salamander in Comal Springs are threatened by

groundwater withdrawal and groundwater contamination in the Edwards Aquifer, and the Comal

blind salamander is likely facing the same threats. 74 Fed. Reg. 66886 (December 16, 2009).

52. The Service was required to make a 12-month finding as to whether listing the Comal blind

salamander is warranted within 12 months of receipt of the 2007 petition, but it has not made this

mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

H. *Notophthalmus meridionalis*—Black-spotted newt

53. The black-spotted newt is an amphibian known to occur along the Gulf Coastal Plain, from

south of the San Antonio River in Texas southward to Tamaulipas, northern Veracruz, and

southeastern San Luis Potosi, Mexico. Surveys in the 1980s found five occurrences, two in

Texas and three in Mexico, though two of the three occurrences in Mexico may now be

extirpated. Adults, juveniles, and larvae inhabit permanent and temporary ponds, roadside

ditches, and quiet stream pools. The species is usually found among submerged vegetation such

as *Chara* spp. (muskgrass) and under rocks and other shelter when ponds dry up. 74 Fed. Reg.

66885 (December 16, 2009).

54. Due to the threats to the black-spotted newt, on June 18, 2007, Guardians submitted a

petition to the Service to list the newt as endangered or threatened under the ESA. The petition

was received on June 25, 2007.

55. The Service issued a 90-day finding on Guardians' petition to list the newt on December 16,

2009. The finding concluded that Guardians' petition presented substantial information to

indicate that listing the black-spotted newt may be warranted due to other natural or manmade

factors affecting its continued existence. Herbicide and pesticide use throughout its area of distribution in Texas threatens the species. 74 Fed. Reg. 66886 (December 16, 2009).

56. The Service was required to make a 12-month finding as to whether listing the newt is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

I. *Cambarus subterraneus*—Delaware County cave crayfish

57. The Delaware County cave crayfish is known only from three caves in Delaware County, Oklahoma, in the Neosho River watershed. There only likely fewer than 50 individuals between the three caves. 74 Fed. Reg. 66899 (December 16, 2009).

58. Due to the threats to the Delaware County cave crayfish, on June 18, 2007, Guardians submitted a petition to the Service to list the Delaware County cave crayfish as endangered or threatened under the ESA. The petition was received on June 25, 2007.

59. The Service issued a 90-day finding on Guardians' petition to list the Delaware County cave crayfish on December 65, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Delaware County cave crayfish may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Groundwater contamination is a threat to the species' habitat, in particular disposal of untreated animal wastes from poultry and hog farms. 74 Fed. Reg. 66899 (December 16, 2009).

60. The Service was required to make a 12-month finding as to whether listing the Delaware County cave crayfish is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

J. *Cambarus tartarus*—Oklahoma cave crayfish

61. The Oklahoma cave crayfish has been found in two caves in the Spavinaw Creek watershed in Delaware County, Oklahoma, and may be present in three additional caves in the watershed. Population size is approximately 80 individuals. 74 Fed. Reg. 66899 (December 16, 2009).

62. Due to the threats to the Oklahoma cave crayfish, on June 18, 2007, Guardians submitted a petition to the Service to list the Oklahoma cave crayfish as endangered or threatened under the ESA. The petition was received on June 25, 2007.

63. The Service issued a 90-day finding on Guardians' petition to list the Oklahoma cave crayfish on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Oklahoma cave crayfish may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Spavinaw Creek is designated an impaired waterbody by the State of Oklahoma under the Clean Water Act, due to excessive nutrient loading from animal feeding operations upstream of the crayfish's cave habitat and sewage effluent from the City of Colcord into the watershed. 74 Fed. Reg. 66899 (December 16, 2009).

64. The Service was required to make a 12-month finding as to whether listing the Oklahoma cave crayfish is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

K. *Orconectes saxatilis*—Kiamichi crayfish

65. The Kiamichi crayfish is found in the upper Kiamichi River and its tributaries above Whitesboro, Oklahoma. It inhabits shallower areas of slowly or moderately flowing streams over rocky substrate, and is usually found with vegetation such as cattails. It co-occurs with the Ouachita rock pocketbook (*Arkansia wheeleri*), a federally endangered mussel, and thus likely

faces the same threats that placed the mussel on the list. 74 Fed. Reg. 66899 (December 16, 2009).

66. Due to the threats to the Kiamichi crayfish, on June 18, 2007, Guardians submitted a petition to the Service to list the Kiamichi crayfish as endangered or threatened under the ESA. The petition was received on June 25, 2007.

67. The Service issued a 90-day finding on Guardians' petition to list the Kiamichi crayfish on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Kiamichi crayfish may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range due to impoundment, channelization, dewatering, and water quality degredation. 74 Fed. Reg. 66899 (December 16, 2009).

68. The Service was required to make a 12-month finding as to whether listing the Kiamichi crayfish is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

L. *Lirceolus smithii*—Texas troglobitic water slater

69. The Texas troglobitic water slater is an underground aquatic isopod found in the Edwards Aquifer. It has a limited range, but is considered abundant within that range. 74 Fed. Reg. 66899 (December 16, 2009).

70. Due to the threats to the Texas troglobitic water slater, on June 18, 2007, Guardians submitted a petition to the Service to list the Texas troglobitic water slater as endangered or threatened under the ESA. The petition was received on June 25, 2007.

71. The Service issued a 90-day finding on Guardians' petition to list the Texas troglobitic water slater on December 16, 2009. The finding concluded that Guardians' petition presented

substantial information to indicate that listing the Texas troglobitic water slater may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Rapid human population increase in Texas has resulted in drawdown of the aquifer and declining water quality. 74 Fed. Reg. 66899 (December 16, 2009).

72. The Service was required to make a 12-month finding as to whether listing the Texas troglobitic water slater is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

M. *Cyprinodon pecosensis*—Pecos pupfish

73. The Pecos pupfish occupies the Pecos River drainage of New Mexico and Texas. It has disappeared from much of its historic range and is only currently known to inhabit he upper reach of Salt Creek in Texas, in the Pecos River from north of Malaga upstream to Bitter Lake National Wildlife Refuge, Bottomless Lakes State Park, and the Bureau of Land Management Overflow Wetlands Wildlife Habitat Area/Area of Critical Environmental Concern. 74 Fed. Reg. 66887 (December 16, 2009).

74. Due to the threats to the Pecos pupfish, on June 18, 2007, Guardians submitted a petition to the Service to list the Pecos pupfish as endangered or threatened under the ESA. The petition was received on June 25, 2007.

75. The Service issued a 90-day finding on Guardians' petition to list the Pecos pupfish on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Pecos pupfish may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Excessive groundwater pumping and dams on the Pecos River have lead to dewatering, channelization, and

nonnatural flow regimes. Oil spills from pipelines may be an ongoing threat to water quality. 74 Fed. Reg. 66887-66888 (December 16, 2009).

76. The Service was required to make a 12-month finding as to whether listing the Pecos pupfish is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

N.   *Cyprinodon tularosa*—White Sands pupfish

77. The White Sands pupfish typically occurs in clear, shallow water over a variety substrates ranging from sand and gravel to silt and mud. It is found in Lincoln, Otero, and Sierra counties in New Mexico, and is locally abundant in the Tularosa Basin within the White Sands Missile Range and Holloman Air Force Base. 74 Fed. Reg. 66888-66889 (December 16, 2009).

78. Due to the threats to the White Sands pupfish, on June 18, 2007, Guardians submitted a petition to the Service to list the White Sands pupfish as endangered or threatened under the ESA. The petition was received on June 25, 2007.

79. The Service issued a 90-day finding on Guardians' petition to list the White Sands pupfish on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the White Sands pupfish may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Grazing by oryx (*Oryx gazelle*), an exotic African ungulate, missile firing activity, and military activities such as road contruction that require groundwater use, and introduced salt cedar (*Tamarix* spp.) may all be negatively impacting the species' habitat. 74 Fed. Reg. 66889 (December 16, 2009).

80. The Service was required to make a 12-month finding as to whether listing the White Sands pupfish is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

O. *Gambusia clarkhubbsi*—San Felipe gambusia

81. The San Felipe gambusia is a fish found in San Felipe Creek in Val Verde County, Texas. It appears to prefer edge habitat or quiet water habitat close to significant spring flows. 74 Fed. Reg. 66888 (December 16, 2009).

82. Due to the threats to the San Felipe gambusia, on June 18, 2007, Guardians submitted a petition to the Service to list the San Felipe gambusia as endangered or threatened under the ESA. The petition was received on June 25, 2007.

83. The Service issued a 90-day finding on Guardians' petition to list the San Felipe gambusia on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the San Felipe gambusia may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. San Felipe Creek is a heavily modified urban stream, and the San Felipe gambusia may be threatened with water quality problems including elevated nitrate, phosphate, and orthophosphate levels. 74 Fed. Reg. 66888 (December 16, 2009).

84. The Service was required to make a 12-month finding as to whether listing the San Felipe gambusia is warranted within 12 of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

P. *Ictalurus* sp. 1—Chihuahua catfish

85. The Chihuahua catfish may be extirpated in the U.S., though it used to occur in the Rio Grande basin in New Mexico, Texas, and Mexico. It may also occur in the Rio San Fernando basin in Mexico. Catfish in general show a pattern of reduced relative abundance in Texas rivers. 74 Fed. Reg. 66887 (December 16, 2009).

86. Due to the threats to the Chihuahua catfish, on June 18, 2007, Guardians submitted a petition to the Service to list the Chihuahua catfish as endangered or threatened under the ESA. The petition was received on June 25, 2007.

87. The Service issued a 90-day finding on Guardians' petition to list the Chihuahua catfish on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Chihuahua catfish may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from pollution, dewatering, and nonnative species. 74 Fed. Reg. 66887 (December 16, 2009).

88. The Service was required to make a 12-month finding as to whether listing the Chihuahua catfish is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

Q. *Macrhybopsis tetranema*—Arkansas River speckled chub

89. The Arkansas River speckled chub occurs in shallow channels of large, permanently flowing, sandy streams. Historically, it was found throughout the upper Arkansas River Basin in Oklahoma, Kansas, Texas, New Mexico and Colorado. Currently, it is only know from two disjunct populations: the Ninnescah River and an associated portion of the Arkansas River in Kansas, and the South Canadian River between Ute and Meredith reservoirs in New Mexico and Texas. 74 Fed. Reg. 66887 (December 16, 2009).

90. Due to the threats to the Arkansas River speckled chub, on June 18, 2007, Guardians submitted a petition to the Service to list the speckled chub as endangered or threatened under the ESA. The petition was received on June 25, 2007.

91. The Service issued a 90-day finding on Guardians' petition to list the speckled chub on December 16, 2009. The finding concluded that Guardians' petition presented substantial

information to indicate that listing the speckled chub may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from impoundments, water diversion projects, groundwater depletion, and drought. 74 Fed. Reg. 66887 (December 16, 2009).

92. The Service was required to make a 12-month finding as to whether listing the speckled chub is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

R. *Satan eurystomus*—Widemouth blindcat

93. The widemouth blindcat is a catfish endemic to Bexar County, Texas. It inhabits five artesian wells penetrating the San Antonio Pool of the Edwards Aquifer in and near San Antonio. 74 Fed. Reg. 66887 (December 16, 2009).

94. Due to the threats to the widemouth blindcat, on June 18, 2007, Guardians submitted a petition to the Service to list the widemouth blindcat as endangered or threatened under the ESA. The petition was received on June 25, 2007.

95. The Service issued a 90-day finding on Guardians' petition to list the widemouth blindcat on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the widemouth blindcat may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range and other natural or manmade factors affecting its continued existence. Decreasing water levels in the Edwards Aquifer and chemical pollutants threaten the blindcat, and projected increases in the human population around San Antonio will only exacerbate these threats. Competition from exotic species may also be a threat. 74 Fed. Reg. 66889 (December 16, 2009).

96. The Service was required to make a 12-month finding as to whether listing the widemouth blindcat is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

S. *Trogloglanis pattersoni*—Toothless blindcat

97. The toothless blindcat is a catfish endemic to Bexar County, Texas. It inhabits five artesian wells penetrating the San Antonio Pool of the Edwards Aquifer in and near San Antonio. 74 Fed. Reg. 66888 (December 16, 2009).

98. Due to the threats to the toothless blindcat, on June 18, 2007, Guardians submitted a petition to the Service to list the toothless blindcat as endangered or threatened under the ESA. The petition was received on June 25, 2007.

99. The Service issued a 90-day finding on Guardians' petition to list the toothless blindcat on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the toothless blindcat may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range and other natural or manmade factors affecting its continued existence. Decreasing water levels in the Edwards Aquifer and chemical pollutants threaten the blindcat, and projected increases in the human population around San Antonio will only exacerbate these threats. Competition from exotic species may also be a threat. 74 Fed. Reg. 66888 (December 16, 2009).

100. The Service was required to make a 12-month finding as to whether listing the toothless blindcat is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

T. *Agalinis navasotensis*—Navasota false foxglove

101. The Navasota false foxglove is an herbaceous plant known only from one sandstone outcrop in Grimes County, Texas. The population on the outcrop is approximately 330 plants, and the outcrop itself is described as a distinct island surrounded by a sea of post oak savannah, blackland prairie, and farmland. Similar outcrops may harbor additional populations, although none are known. 74 Fed. Reg. 66900 (December 16, 2009).

102. Due to the threats to Navasota false foxglove, on June 18, 2007, Guardians submitted a petition to the Service to list the Navasota false foxglove as endangered or threatened under the ESA. The petition was received on June 25, 2007.

103. The Service issued a 90-day finding on Guardians' petition to list the Navasota false foxglove on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Navasota false foxglove may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Individual plants and their habitat are susceptible to destruction from road widening, trampling by humans, or off-road vehicle use. 74 Fed. Reg. 66900 (December 16, 2009).

104. The Service was required to make a 12-month finding as to whether listing the Navasota false foxglove is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

U. *Eriogonum mortonianum*—Morton's wild buckwheat

105. Morton's wild buckwheat is a woody perennial plant known from a single site on the Kaibab-Paiute Indian Reservation in Mojave County, Arizona. Surveys in 1980 reported a population of approximately 750 plants. The species is found in sandstone and shale uplands, along small drainages in red clay hills. 74 Fed. Reg. 66902 (December 16, 2009).

106. Due to the threats to the Morton's wild buckwheat, on June 18, 2007, Guardians submitted a petition to the Service to list the Morton's wild buckwheat as endangered or threatened under the ESA. The petition was received on June 25, 2007.

107. The Service issued a 90-day finding on Guardians' petition to list the Morton's wild buckwheat on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Morton's wild buckwheat may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Highway right-of-way maintenance along State Highway 389, livestock grazing, and developments associated with livestock threaten the species and its habitat. 74 Fed. Reg. 66902 (December 16, 2009).

108. The Service was required to make a 12-month finding as to whether listing the Morton's wild buckwheat is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

V. *Amsonia tharpii*—Tharp's blue-star

109. Tharp's blue-star is an herbaceous plant known from small populations in Eddy  County, New Mexico, and Pecos County, Texas.  It is found in open areas in shortgrass grasslands or shrublands in shallow, well-drained soils composed of sand, silt, and clay over limestone. 74 Fed. Reg. 66900 (December 16, 2009).

110. Due to the threats to the Tharp's blue-star, on June 18, 2007, Guardians submitted a petition to the Service to list the Tharp's blue-star as endangered or threatened under the ESA. The petition was received on June 25, 2007.

111. The Service issued a 90-day finding on Guardians' petition to list the Tharp's blue-star on December 16, 2009. The finding concluded that Guardians' petition presented substantial

information to indicate that listing the Tharp's blue-star may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range and other natural or manmade factors affecting its continued existence. Improper, destructive grazing practices, active gas development, highway easement mowing, and competition with nonnative species present threats to the species. 74 Fed. Reg. 66900 (December 16, 2009).

112. The Service was required to make a 12-month finding as to whether listing the Tharp's blue-star is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

W. *Castilleja ornate*—Glowing Indian paintbrush

113. The glowing Indian paintbrush is an herbaceous plant which used to occur in western Chihuahua and west-central Durango, Mexico. Searches of historic sites failed to locate any plants in Chihuahua; the species may be extinct in Mexico. If so, the only remaining population is a single site in Hidalgo County, New Mexico. 74 Fed. Reg. 66901 (December 16, 2009).

114. Due to the threats to the glowing Indian paintbrush, on June 18, 2007, Guardians submitted a petition to the Service to list the glowing Indian paintbrush as endangered or threatened under the ESA. The petition was received on June 25, 2007.

115. The Service issued a 90-day finding on Guardians' petition to list the glowing Indian paintbrush on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the glowing Indian paintbrush may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Its seasonally wet habitat is often improperly grazing or converted into cropland; all the surveyed sites in Chihuahua were converted to agriculture. 74 Fed. Reg. 66901 (December 16, 2009).

116. The Service was required to make a 12-month finding as to whether listing the glowing Indian paintbrush is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

X.   *Asclepias prostrate*—Prostrate milkweed

117. The prostrate milkweed is a perennial plant found in open areas in grasslands in Starr and Zapata counties, Texas, and Tamaulipas, Mexico. There are fewer than 10 reported occurrences in southern Texas, at least four of which are along roadsides. 74 Fed. Reg. 66900 (December 16, 2009).

118. Due to the threats to the prostrate milkweed, on June 18, 2007, Guardians submitted a petition to the Service to list the prostrate milkweed as endangered or threatened under the ESA. The petition was received on June 25, 2007.

119. The Service issued a 90-day finding on Guardians' petition to list the prostrate milkweed on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the prostrate milkweed may be warranted due to other natural or manmade factors affecting its continued existence. Roadside mowing can cut down individuals, and the species is threatened by competition from nonnative pasture grasses. 74 Fed. Reg. 66901 (December 16, 2009).

120. The Service was required to make a 12-month finding as to whether listing the prostrate milkweed is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

Y.   *Salvia pentstemonoides*—Big red sage

121. The big red sage was considered extinct until the late 1980s when one large and several small populations were found in the Edwards Plateau of Texas. In 1997, an early and long

summer flood killed a large portion of the largest population, leaving only a few hundred total individuals in the wild.  74 Fed. Reg. 66904 (December 16, 2009).

122. Due to the threats to the big red sage, on June 18, 2007, Guardians submitted a petition to the Service to list the big red sage as endangered or threatened under the ESA. The petition was received on June 25, 2007.

123. The Service issued a 90-day finding on Guardians' petition to list the big red sage on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the big red sage may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from aquifer drawdown; overutilization for commercial, recreational, scientific, or educational purposes as a result of commercial uses; or other natural or manmade factors affecting its continued existence resulting from flooding.  74 Fed. Reg. 66904 (December 16, 2009).

124. The Service was required to make a 12-month finding as to whether listing the big red sage is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

Z.  *Lesquerella kaibabensis*—Kaibab bladderpod

125. The Kaibab bladderpod is a perennial herb known from the Kaibab Plateau in the Kaibab National Forest, Arizona. It is found on limestone-clay knolls with a high percentage of exposed rock on the surface, within open windswept meadows, and along the sides of a State highway. 74 Fed. Reg. 66903 (December 16, 2009).

126. Due to the threats to the Kaibab bladderpod, on June 18, 2007, Guardians submitted a petition to the Service to list the Kaibab bladderpod as endangered or threatened under the ESA. The petition was received on June 25, 2007.

127. The Service issued a 90-day finding on Guardians' petition to list the Kaibab bladderpod on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Kaibab bladderpod may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range, and disease or predation. Highway widening and maintenance and off-road vehicle use threaten the species and its habitat. Livestock utilization of vegetation in Kaibab bladderpod meadow habitat probably exceeds the allowed 30 percent most years. 74 Fed. Reg. 66903 (December 16, 2009).

128. The Service was required to make a 12-month finding as to whether listing the Kaibab bladderpod is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

AA. *Hexalectris revolute*—Chisos coralroot

129. The Chisos coralroot is an orchid found in disjunct mountain ranges in Texas, Arizona, and Mexico. 74 Fed. Reg. 66902 (December 16, 2009).

130. Due to the threats to the Chisos coralroot, on June 18, 2007, Guardians submitted a petition to the Service to list the Chisos coralroot as endangered or threatened under the ESA. The petition was received on June 25, 2007.

131. The Service issued a 90-day finding on Guardians' petition to list the Chisos coralroot on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Chisos coralroot may be warranted due to due to the present or threatened destruction, modification, or curtailment of its habitat or range as a result of mining development, in particular copper mining. 74 Fed. Reg. 66902 (December 16, 2009).

132. The Service was required to make a 12-month finding as to whether listing the Chisos coralroot is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

BB. *Genistidium dumosum*—Brush-pea

133. The brush-pea is a woody shrub found in Brewster County, Texas, and Coahuila, Mexico. There are three occurrences in Texas, occurring within a few kilometers of each other and consisting of fewer than 50 plants.  The status of the species in Mexico is unknown. 74 Fed. Reg. 66902 (December 16, 2009).

134. Due to the threats to the brush-pea, on June 18, 2007, Guardians submitted a petition to the Service to list the brush-pea as endangered or threatened under the ESA. The petition was received on June 25, 2007.

135. The Service issued a 90-day finding on Guardians' petition to list the brush-pea on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the brush-pea may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from highway construction, and private land development for an annual recreation event; overutilization resulting from collection; and other natural or manmade factors affecting its continued existence resulting from lack of recruitment. Though the plants sometimes produce numerous fruits, no seedlings or juveniles have been observed in the wild. 74 Fed. Reg. 66902 (December 16, 2009).

136. The Service was required to make a 12-month finding as to whether listing the brush-pea is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

CC. *Pediomelum pentaphyllum*—Chihuahua scurfpea

137. The Chihuahua scurfpea is a perennial plant with a large taproot that apparently allows it to go dormant or restrict growth in dry years. It historically occurred in Texas, New Mexico, Arizona, and Chihuahua, Mexico, but is currently known from only two disjunct sites in New Mexico and Arizona, despite multiple survey attempts across its range. 74 Fed. Reg. 66903 (December 16, 2009).

138. Due to the threats to the Chihuahua scurfpea, on June 18, 2007, Guardians submitted a petition to the Service to list the Chihuahua scurfpea as endangered or threatened under the ESA. The petition was received on June 25, 2007.

139. The Service issued a 90-day finding on Guardians' petition to list the Chihuahua scurfpea on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Chihuahua scurfpea may be warranted due to other natural or manmade factors affecting its continued existence, specifically use of the herbicide Tebuthiuron to improve rangeland in New Mexico. 74 Fed. Reg. 66904 (December 16, 2009).

140. The Service was required to make a 12-month finding as to whether listing the Chihuahua scurfpea is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

DD. *Paronychia congesta*—Bushy whitlow-wort

141. The bushy whitlow-wort is a woody perennial shrub occurring on calcareous outcrops of a specific geologic formation—the Bordas Escarpment—in Jim Hogg County, Texas. The known occupied sites are on private land which has not been accessed since the early 1990s. 74 Fed. Reg. 66903 (December 16, 2009).

142. Due to the threats to the bushy whitlow-wort, on June 18, 2007, Guardians submitted a petition to the Service to list the bushy whitlow-wort as endangered or threatened under the ESA. The petition was received on June 25, 2007.

143. The Service issued a 90-day finding on Guardians' petition to list the bushy whitlow-wort on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the bushy whitlow-wort may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from right-of-way construction and maintenance, pipeline installation, oil and gas exploration, and well pad construction. It is also threatened by other natural or manmade factors affecting its continued existence, specifically the impacts of chance events like drought or freezes on small populations. 74 Fed. Reg. 66903 (December 16, 2009).

144. The Service was required to make a 12-month finding as to whether listing the bushy whitlow-wort is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

EE. *Cicindela theatina*—Colorado tiger beetle

145. The Colorado tiger beetle (also known as the Great Sand Dunes tiger beetle) is endemic to the sand dunes of the Great Sand Dunes National Park and adjacent lands in the San Luis Valley, Colorado. Suitable habitat is restricted to 290 square kilometers. Adult Colorado tiger beetles prefer sandy slopes with sparse bunches of vegetation, but are not found on open sand Larvae are restricted to burrowing in the cooler, more moist, leeward sides of the dunes. 74 Fed. Reg. 66895 (December 16, 2009).

146. Due to the threats to the Colorado tiger beetle, on June 18, 2007, Guardians submitted a petition to the Service to list the Colorado tiger beetle as endangered or threatened under the ESA. The petition was received on June 25, 2007.

147. The Service issued a 90-day finding on Guardians' petition to list the Colorado tiger beetle on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Colorado tiger beetle may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Off-site depletion of groundwater in the San Luis Valley could change the hydrology of the sand dunes, potentially altering the moisture gradients in the sands and decreasing the stability of the dunes. 74 Fed. Reg. 66895-66896 (December 16, 2009).

148. The Service was required to make a 12-month finding as to whether listing the Colorado tiger beetle is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

FF. *Lycaena ferrisi*—Ferris's copper

149. The Ferris's copper is a butterfly found in the White Mountains of Arizona. The larvae feed on wild rhubarb (*Rumex hymeospalus*), and adults are often found in meadows and marshes near the host plant. 74 Fed. Reg. 66896 (December 16, 2009).

150. Due to the threats to the Ferris's copper, on June 18, 2007, Guardians submitted a petition to the Service to list the Ferris's copper as endangered or threatened under the ESA. The petition was received on June 25, 2007.

151. The Service issued a 90-day finding on Guardians' petition to list the Ferris's copper on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Ferris's copper may be warranted due to the present or

threatened destruction, modification, or curtailment of its habitat or range. Fire suppression results in the invasion of meadow habitats by dense conifer forests and understory grasses. 74 Fed. Reg. 66896 (December 16, 2009).

152. The Service was required to make a 12-month finding as to whether listing the Ferris's copper is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

GG. *Argia sabino*—Sabino dancer

153. The Sabino dancer is a damselfly found in Sabino Canyon in the Santa Catalina Mountains of Arizona. Over the past 35 years, the species' range on Sabino Creek has shrunk from both Upper and Lower Sabino Creek to just the Lower Creek. Other populations may exist, but surveying remote and steep streams is difficult and thus many habitats have never been surveyed. 74 Fed. Reg. 66897-66898 (December 16, 2009).

154. Due to the threats to the Sabino dancer, on June 18, 2007, Guardians submitted a petition to the Service to list the Sabino dancer as endangered or threatened under the ESA. The petition was received on June 25, 2007.

155. The Service issued a 90-day finding on Guardians' petition to list the Sabino dancer on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Sabino dancer may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from hydrological alteration resulting in reduced water flow; disease and predation resulting from pool contraction that allows increased predation; or other natural or manmade factors affecting its continued existence, *i.e.* pool contraction resulting in decreased time for larval development. 74 Fed. Reg. 66898 (December 16, 2009).

156. The Service was required to make a 12-month finding as to whether listing the Sabino dancer is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

HH. *Haideoporus texanus*—Edwards Aquifer diving beetle

157. The Edwards Aquifer diving beetle is found underground in the freshwater San Marcos pool of the Edwards Aquifer in Hays County, Texas. 74 Fed. Reg. 66896 (December 16, 2009).

158. Due to the threats to the Edwards Aquifer diving beetle, on June 18, 2007, Guardians submitted a petition to the Service to list the Edwards Aquifer diving beetle as endangered or threatened under the ESA. The petition was received on June 25, 2007.

159. The Service issued a 90-day finding on Guardians' petition to list the Edwards Aquifer diving beetle on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Edwards Aquifer diving beetle may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Increasing human population growth in cities using the Edwards Aquifer water supply is resulting in aquifer drawdown and reduced water quality. 74 Fed. Reg. 66896 (December 16, 2009).

160. The Service was required to make a 12-month finding as to whether listing the Edwards Aquifer diving beetle is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

II. *Litodonta* sp. 1 nr. *alpina*—A notodontid moth, no common name

161. *Litodonta* sp. 1 nr. *alpina* is a moth which occurs only in upper Pinery Canyon on the west slope of the Chiricahua Mountains in Cochise County, in southeastern Arizona. 74 Fed. Reg. 66896 (December 16, 2009).

162. Due to the threats to the moth, on June 18, 2007, Guardians submitted a petition to the Service to list the moth as endangered or threatened under the ESA. The petition was received on June 25, 2007.

163. The Service issued a 90-day finding on Guardians' petition to list the moth on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the moth may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Fire suppression in southern Arizona forests has resulted in excessive fuel loads that encourage large, vegetation-destroying wildfires, and a single fire could eliminate large portions of the moth's small range. 74 Fed. Reg. 66896-66897 (December 16, 2009).

164. The Service was required to make a 12-month finding as to whether listing the moth is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

JJ. *Astylis* sp. 1—A notodontid moth, no common name

165. *Astylis* sp. 1 is a moth found in Ash Canyon of the Huachuca Mountains in Cochise County, Arizona. Little is known about this species. 74 Fed. Reg. 66896 (December 16, 2009).

166. Due to the threats to the moth, on June 18, 2007, Guardians submitted a petition to the Service to list the moth as endangered or threatened under the ESA. The petition was received on June 25, 2007.

167. The Service issued a 90-day finding on Guardians' petition to list the moth on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the moth may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Fire suppression in southern Arizona forests

has resulted in excessive fuel loads that encourage large, vegetation-destroying wildfires, and a single fire could eliminate large portions of the moth's small range. 74 Fed. Reg. 66896 (December 16, 2009).

168. The Service was required to make a 12-month finding as to whether listing the moth is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

 KK. *Heterocampa* sp. 1 nr. *amanda*—A notodontid moth, no common name

169. *Heterocampa* sp. 1 nr. *amanda* is a moth found in oak-juniper woodland in southern Arizona. It is known from Ash and Garden Canyons of the Huachuca Mountains, Cochise County, and at two localities in the Atascosa Mountains, Santa Cruz County. 74 Fed. Reg. 66896 (December 16, 2009).

170. Due to the threats to the moth, on June 18, 2007, Guardians submitted a petition to the Service to list the moth as endangered or threatened under the ESA. The petition was received on June 25, 2007.

171. The Service issued a 90-day finding on Guardians' petition to list the moth on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the moth may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Fire suppression in southern Arizona forests has resulted in excessive fuel loads that encourage large, vegetation-destroying wildfires, and a single fire could eliminate large portions of the moth's small range. 74 Fed. Reg. 66896 (December 16, 2009).

172. The Service was required to make a 12-month finding as to whether listing the moth is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

LL. *Fusconaia lananensis*—Triangle pigtoe

173. The triangle pigtoe is a freshwater mussel historically found in the Neches and San Jacinto rivers and Village Creek in three counties is eastern Texas. It may be extirpated from the San Jacinto River and from all but one tributary of the Neches River. It inhabits mixed mud, sand, and fine gravel in small rivers. 74 Fed. Reg. 66890 (December 16, 2009).

174. Due to the threats to the triangle pigtoe, on June 18, 2007, Guardians submitted a petition to the Service to list the triangle pigtoe as endangered or threatened under the ESA. The petition was received on June 25, 2007.

175. The Service issued a 90-day finding on Guardians' petition to list the triangle pigtoe on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the triangle pigtoe may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from sand deposition, and poor land and water management practices.  74 Fed. Reg. 66891 (December 16, 2009).

176. The Service was required to make a 12-month finding as to whether listing the triangle pigtoe is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

MM. *Pleurobema riddellii*—Louisiana pigtoe

177. The Louisiana pigtoe is a freshwater mussel which occurred historically as far west as the San Jacinto and Trinity Rivers, Texas, eastward through the Neches and Sabine systems into the

Red River and Bayou Pierre of north central Louisiana. Surveys of Texas mussels from 2006 found this species at only two sites in eastern Texas. 74 Fed. Reg. 66889 (December 16, 2009).

178. Due to the threats to the Louisiana pigtoe, on June 18, 2007, Guardians submitted a petition to the Service to list the Louisiana pigtoe as endangered or threatened under the ESA. The petition was received on June 25, 2007.

179. The Service issued a 90-day finding on Guardians' petition to list the Louisiana pigtoe on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Louisiana pigtoe may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. General human modification of the water and adjacent land, poor land and water management practices, improper flow control from an upstream dam in the Neches River, siltation, impoundments, and pollution threaten the mussel and its habitat. 74 Fed. Reg. 66889 (December 16, 2009).

180. The Service was required to make a 12-month finding as to whether listing the Louisiana pigtoe is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

NN. *Toxolasma corvunculus*—Southern purple lilliput

181. The southern purple lilliput is a small freshwater mussel reported from sites in Georgia, Alabama, and historically Florida. It may remain in four location: the Sipsey Fork, Little Cahaba River, two tributaries to the Middle Coosa River, and a site in the Tallapoosa drainage, all within the Mobile River basin of Georgia and Alabama. It co-occurs in the Coosa River with the Georgia pigtoe mussel, interrupted rocksnail, and rough hornsnail, all of which are listed as endangered.[1] 74 Fed. Reg. 66890 (December 16, 2009).

---

[1] http://www.fws.gov/endangered/

182. Due to the threats to the southern purple lilliput, on June 18, 2007, Guardians submitted a petition to the Service to list the southern purple lilliput as endangered or threatened under the ESA. The petition was received on June 25, 2007.

183. The Service issued a 90-day finding on Guardians' petition to list the southern purple lilliput on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the southern purple lilliput may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from impoundments and poor water quality resulting from contamination with sewage, insecticides and other chemicals.  74 Fed. Reg. 66890 (December 16, 2009).

184. The Service was required to make a 12-month finding as to whether listing the southern purple lilliput is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

OO. *Pyrgulopsis pecosensis*—Pecos springsnail

185. The Pecos springsnail is an aquatic, gilled snail found along the edges of streams in mud and pebble substrate. It is known only from Blue and Castle springs in southeastern New Mexico. 74 Fed. Reg. 66893 (December 16, 2009).

186. Due to the threats to the Pecos springsnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Pecos springsnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

187. The Service issued a 90-day finding on Guardians' petition to list the Pecos springsnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Pecos springsnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from

dewatering, pollution, and floods. Dewatering is caused by diversion, drought, and underground pumping. Oil and gas exploration and production in the vicinity may cause pollution. Improper range management and disturbance of surface soils causes flood-scouring in the habitat. 74 Fed. Reg. 66893 (December 16, 2009).

188. The Service was required to make a 12-month finding as to whether listing the Pecos springsnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

PP. *Phreatodrobia imitate*—Mimic cavesnail

189. The mimic cavesnail is a freshwater snail known from two wells penetrating the Edwards Aquifer, Texas. 74 Fed. Reg. 66893 (December 16, 2009).

190. Due to the threats to the mimic cavesnail, on June 18, 2007, Guardians submitted a petition to the Service to list the mimic cavesnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

191. The Service issued a 90-day finding on Guardians' petition to list the mimic cavesnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the mimic cavesnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from groundwater withdrawal and groundwater contamination in the Edwards Aquifer. 74 Fed. Reg. 66893 (December 16, 2009).

192. The Service was required to make a 12-month finding as to whether listing the mimic cavesnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

QQ. *Pyrgulopsis arizonae*—Bylas springsnail

193. The Bylas springsnail is a freshwater snail known from three springs on the north bank of the Gila River between Bylas and Pima in Graham County, southeastern Arizona. The springs are mildly thermal, ranging from 26 to 32 degrees Celsius (79 to 90 degrees Fahrenheit). The species is most abundant on dead wood, gravel, and pebbles.  74 Fed. Reg. 66891 (December 16, 2009).

194. Due to the threats to the Bylas springsnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Bylas springsnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

195. The Service issued a 90-day finding on Guardians' petition to list the Bylas springsnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Bylas springsnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from water development (including pond construction) and livestock grazing. 74 Fed. Reg. 66891 (December 16, 2009).

196. The Service was required to make a 12-month finding as to whether listing the Bylas springsnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

RR. *Pyrgulopsis bacchus*—Grand Wash springsnail

197. The Grand Wash springsnail is a freshwater snail known from Grapevine, Whisky, and Tassi springs within the Grand Wash trough, Mohave County, northwestern Arizona. It may be locally abundant where found. 74 Fed. Reg. 66892 (December 16, 2009).

198. Due to the threats to the Grand Wash springsnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Grand Wash springsnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

199. The Service issued a 90-day finding on Guardians' petition to list the Grand Wash springsnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Grand Wash springsnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from groundwater depletion and subsequent loss of spring flows, and livestock grazing, particularly at Tassi Springs which is not fenced. 74 Fed. Reg. 66892 (December 16, 2009).

200. The Service was required to make a 12-month finding as to whether listing the Grand Wash springsnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

SS. *Pyrgulopsis conica*—Kingman springsnail

201. The Kingman springsnail is a freshwater snail known from the Burns, Dripping, and Cool springs in the Black Mountains near Kingman, Mohave County, Arizona. It is a gill-breather and requires perennially flowing water. 74 Fed. Reg. 66892-66893 (December 16, 2009).

202. Due to the threats to the Kingman springsnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Kingman springsnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

203. The Service issued a 90-day finding on Guardians' petition to list the Kingman springsnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Kingman springsnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from

groundwater depletion and subsequent loss of spring flows, as well as human development. 74

Fed. Reg. 66893 (December 16, 2009).

204. The Service was required to make a 12-month finding as to whether listing the Kingman

springsnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this

mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

TT. *Pyrgulopsis glandulosa*—Verde Rim springsnail

205. The Verde Rim springsnail is a freshwater snail known from Nelson Place Spring complex

in Yavapai County, Arizona. 74 Fed. Reg. 66895 (December 16, 2009).

206. Due to the threats to the Verde Rim springsnail, on June 18, 2007, Guardians submitted a

petition to the Service to list the Verde Rim springsnail as endangered or threatened under the

ESA. The petition was received on June 25, 2007.

207. The Service issued a 90-day finding on Guardians' petition to list the Verde Rim springsnail

on December 16, 2009. The finding concluded that Guardians' petition presented substantial

information to indicate that listing the Verde Rim springsnail may be warranted due to the

present or threatened destruction, modification, or curtailment of its habitat or range, resulting

from water development and groundwater depletion. 74 Fed. Reg. 66895 (December 16, 2009).

208. The Service was required to make a 12-month finding as to whether listing the Verde Rim

springsnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this

mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

UU. *Tryonia gilae*—Gila tryonia

209. The Gila tryonia is a freshwater snail known from springs on the north side of the Gila

River between Bylas and Pima in Graham County, Arizona. It is found on dead wood, leaves, or

stones in spring or springbrooks. Its spring habitats are all mildly thermal, ranging from 26 to 32 degrees Celsius (79 to 90 degrees Fahrenheit). 74 Fed. Reg. 66892 (December 16, 2009).

210. Due to the threats to the Gila tryonia, on June 18, 2007, Guardians submitted a petition to the Service to list the Gila tryonia as endangered or threatened under the ESA. The petition was received on June 25, 2007.

211. The Service issued a 90-day finding on Guardians' petition to list the Gila tryonia on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Gila tryonia may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from groundwater depletion and subsequent loss of spring flows. 74 Fed. Reg. 66892 (December 16, 2009).

212. The Service was required to make a 12-month finding as to whether listing the Gila tryonia is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

VV. *Tryonia quitobaquitae*—Quitobaquito tryonia

213. The Quitobaquito tryonia is a freshwater snail known from Quitobaquito Springs, Pima County, Arizona. It has been documented from three springs in the spring complex. The species requires flowing water and has been extirpated from parts of the spring complex. 74 Fed. Reg. 66894 (December 16, 2009).

214. Due to the threats to the Quitobaquito tryonia, on June 18, 2007, Guardians submitted a petition to the Service to list the Quitobaquito tryonia as endangered or threatened under the ESA. The petition was received on June 25, 2007.

215. The Service issued a 90-day finding on Guardians' petition to list the Quitobaquito tryonia on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Quitobaquito tryonia may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range, resulting from groundwater pumping, water depletion, and and growth of thick vegetation which inhibits free flowing water. 74 Fed. Reg. 66894 (December 16, 2009).

216. The Service was required to make a 12-month finding as to whether listing the Quitobaquito tryonia is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

WW. *Pisidium sanguinichristi*—Sangre de Cristo peaclam

217. The Sangre de Cristo peaclam is a freshwater mollusk known from Middle Fork Lake in Taos County, New Mexico. It is found in mud along emergent grasses in sheltered embankments and rocky substrates. 74 Fed. Reg. 66889 (December 16, 2009).

218. Due to the threats to the Sangre de Cristo peaclam, on June 18, 2007, Guardians submitted a petition to the Service to list the Sangre de Cristo peaclam as endangered or threatened under the ESA. The petition was received on June 25, 2007.

219. The Service issued a 90-day finding on Guardians' petition to list the Sangre de Cristo peaclam on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Sangre de Cristo peaclam may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from runoff from placer mining and water pollution from fish and forest fire management . 74 Fed. Reg. 66890 (December 16, 2009).

220. The Service was required to make a 12-month finding as to whether listing the Sangre de Cristo peaclam is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

XX. *Oreohelix pilsbryi*—Mineral Creek mountainsnail

221. The Mineral Creek mountainsnail occurs in moist limestone crevices and in soil and leaf litter beneath limestone rocks in a small limestone outcrop on the Gila National Forest, in the Black Range Mountains of Sierra County, New Mexico. The occupied patches within the outcrop may total less than 1 acre. 74 Fed. Reg. 66893 (December 16, 2009).

222. Due to the threats to the Mineral Creek mountainsnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Mineral Creek mountainsnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

223. The Service issued a 90-day finding on Guardians' petition to list the Mineral Creek mountainsnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Mineral Creek mountainsnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. The species is very vulnerable to any form of soil disturbance or mining activity, including natural disturbances such as fire and rockslides.  74 Fed. Reg. 66893 (December 16, 2009).

224. The Service was required to make a 12-month finding as to whether listing the Mineral Creek mountainsnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

YY. *Sonorella eremita*—San Xavier talussnail

225. The San Xavier talussnail is known from one location in the Mineral Hills of Pima County, Arizona 74 Fed. Reg. 66894 (December 16, 2009).

226. Due to the threats to the San Xavier talussnail, on June 18, 2007, Guardians submitted a petition to the Service to list the San Xavier talussnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

227. The Service issued a 90-day finding on Guardians' petition to list the San Xavier talussnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the San Xavier talussnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from development including mine expansion and prospecting. 74 Fed. Reg. 66894 (December 16, 2009).

228. The Service was required to make a 12-month finding as to whether listing the San Xavier talussnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

ZZ. *Sonorella todseni*—Dona Ana talussnail

229. The Dona Ana talussnail is only known from the Dona Ana Mountains in New Mexico. The population is estimated to be less than 1,000 individuals. 74 Fed. Reg. 66891 (December 16, 2009).

230. Due to the threats to the Dona Ana talussnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Dona Ana talussnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

231. The Service issued a 90-day finding on Guardians' petition to list the Dona Ana talussnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial

information to indicate that listing the Dona Ana talussnail may be warranted due to other natural or manmade factors affecting its continued existence. Old shells outside current occupied sites suggests the species' range has contracted over time, which could be attributed to a drying climate; further range contraction is likely with continued climate warming.  74 Fed. Reg. 66892 (December 16, 2009).

232. The Service was required to make a 12-month finding as to whether listing the Dona Ana talussnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

AAA. *Ashmunella levettei*—Huachuca woodlandsnail

233. The Huachuca woodlandsnail occurs in Arizona and New Mexico. Little is known about this species. 74 Fed. Reg. 66892 (December 16, 2009).

234. Due to the threats to the Huachuca woodlandsnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Huachuca woodlandsnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

235. The Service issued a 90-day finding on Guardians' petition to list the Huachuca woodlandsnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Huachuca woodlandsnail may be warranted may be warranted due to other natural or manmade factors affecting its continued existence resulting from inbreeding and loss of heterozygosity. 74 Fed. Reg. 66892 (December 16, 2009).

236. The Service was required to make a 12-month finding as to whether listing the Huachuca woodlandsnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

BBB. *Maricopella allynsmithi*—Squaw Park talussnail

237. The Squaw Park talussnail requires deep, open talus where they can seal their shell openings to solid rock and remain sheltered from heat and dryness. The species is only known to occur on north facing talus slopes at Squaw Peak Park and Mummy Mountain in Maricopa County, Arizona. 74 Fed. Reg. 66894-66895 (December 16, 2009).

238. Due to the threats to the Squaw Park talussnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Squaw Park talussnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

239. The Service issued a 90-day finding on Guardians' petition to list the Squaw Park talussnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Squaw Park talussnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from residential development in Maricopa County and recreational activities such as hiking and climbing off trails. 74 Fed. Reg. 66895 (December 16, 2009).

240. The Service was required to make a 12-month finding as to whether listing the Squaw Park talussnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

CCC. *Sonorella grahamensis*—Pinaleno talussnail

241. The Pinaleno talussnail is found in rockslides from the northeast slope of Mount Graham south to the vicinity of Arcadia Campground in the Pinaleno Mountains, Graham County, Arizona, where it co-occurs with with the federally endangered Graham squirrel. 74 Fed. Reg. 66894 (December 16, 2009).

242. Due to the threats to the Pinaleno talussnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Pinaleno talussnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

243. The Service issued a 90-day finding on Guardians' petition to list the Pinaleno talussnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Pinaleno talussnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Fire suppression has resulted in build-up of brush and plant matter on talus slopes; the heat of a large fire could be intense enough to kill the snails in the talus below. 74 Fed. Reg. 66894 (December 16, 2009).

244. The Service was required to make a 12-month finding as to whether listing the Pinaleno talussnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

DDD.  *Sonorella macrophallus*—Wet Canyon talussnail

245. The Wet Canyon talussnail has only been found in talus slopes above an approximately 1-mile stretch of Wet Canyon on the northeast slope of the Pinaleno Mountains in Graham County, Arizona. This species requires a somewhat wetter and possibly a lower elevation habitat when compared to other talus-inhabiting snails. 74 Fed. Reg. 66895 (December 16, 2009).

246. Due to the threats to the Wet Canyon talussnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Wet Canyon talussnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

247. The Service issued a 90-day finding on Guardians' petition to list the Wet Canyon talussnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Wet Canyon talussnail may be warranted due to the

present or threatened destruction, modification, or curtailment of its habitat or range. Human recreational activity at a nearby campground may impact talussnail habitat, and fire suppression in the area has increased fuel loads, which threatens the species with intense wildfires and post-fire ash flows. 74 Fed. Reg. 66895 (December 16, 2009).

248. The Service was required to make a 12-month finding as to whether listing the Wet Canyon talussnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

EEE. *Aspidoscelis arizonae*—Arizona striped whiptail

249. The Arizona striped whiptail is a whiptail lizard inhabiting grasslands and shrublands in a small range in southeastern Arizona.  Surveys in 2005 found the species at seven of eight historical collecting sites, but revealed evidence of recent heavy grazing at most sites occupied by the species. One historical collecting site is now a housing development, where no whiptails were found. Fed. Reg. 66885 (December 16, 2009).

250. Due to the threats to the Arizona striped whiptail, on June 18, 2007, Guardians submitted a petition to the Service to list the whiptail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

251. The Service issued a 90-day finding on Guardians' petition to list the whiptail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Arizona striped whiptail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from urban and agricultural development and improper livestock grazing. 74 Fed. Reg. 66885 (December 16, 2009).

252. The Service was required to make a 12-month finding as to whether listing the whiptail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

FFF. *Cryptantha semiglabra*—Pipe Springs cryptantha

253. The Pipe Springs cryptantha is a plant endemic to clay soils in Washington County, Utah, and Coconino and Mohave Counties, Arizona. 74 Fed. Reg 41657 (Aug. 18, 2009).

254. Due to the threats to the Pipe Springs cryptantha, on July 24, 2007, Guardians submitted a petition to the Service to list the Pipe Springs cryptantha as endangered or threatened under the ESA. The petition was received on July 30, 2007.

254. The Service issued a 90-day finding on Guardians' petition to list the Pipe Springs cryptantha on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Pipe Springs cryptantha may be warranted may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. The species' habitat is subject to disturbance from garbage dumping, ORV use, and trampling from livestock grazing. 74 Fed. Reg 41657 (Aug. 18, 2009).

255. The Service was required to make a 12-month finding as to whether listing the Pipe Springs cryptantha is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

GGG. *Eriogonum brandegeei*—Brandegee's wild buckwheat

256. Brandegee's wild buckwheat is a plant found on barren outcrops of white to grayish bentonite soils in Fremont and Chaffee Counties, Colorado. There are currently eight occurrences of the plant; three additional sites are considered historical because they have not been seen in over two decades. 74 Fed. Reg 41657 (Aug. 18, 2009).

257. Due to the threats to the Brandegee's wild buckwheat, on July 24, 2007, Guardians submitted a petition to the Service to list the Brandegee's wild buckwheat as endangered or threatened under the ESA. The petition was received on July 30, 2007.

258. The Service issued a 90-day finding on Guardians' petition to list the Brandegee's wild buckwheat on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Brandegee's wild buckwheat may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range, and the inadequacy of existing regulatory mechanisms related to off-road vehicle use. The species and its habitat are threatened by residential and commercial development, road construction, timber thinning and extraction, and potentially oil and gas development,. Off –road vehicle use is unregulated in much of the habitat. 74 Fed. Reg 41658 (Aug. 18, 2009).

259. The Service was required to make a 12-month finding as to whether listing the Brandegee's wild buckwheat is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

HHH. *Corispermum navicula*—Boat-shaped bugseed

260. The boat-shaped bugseed is a plant with only two recorded occurrences in Jackson County, Colorado. Total occupied habitat is about 427 acres on two active sand dune complexes. The plant's taxonomy is currently being questioned. 74 Fed. Reg 41657 (Aug. 18, 2009).

261. Due to the threats to the boat-shaped bugseed, on July 24, 2007, Guardians submitted a petition to the Service to list the boat-shaped bugseed as endangered or threatened under the ESA. The petition was received on July 30, 2007.

262. The Service issued a 90-day finding on Guardians' petition to list the boat-shaped bugseed on August 18, 2009. The finding concluded that Guardians' petition presented substantial

information to indicate that listing the boat-shaped bugseed may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range Heavy off-road vehicle use is allowed on one of the two dune complexes, and has disturbed the habitat and destroyed plants. 74 Fed. Reg 41657 (Aug. 18, 2009).

263. The Service was required to make a 12-month finding as to whether listing the boat-shaped bugseed is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

III. *Sisyrinchium sarmentosum*—Pale blue-eyed grass

264. The pale blue-eyed grass is a plant endemic to Klickitat and Skamania Counties in southcentral Washington, and Clackamas County in northern Oregon. There are about 18 known occurrences, and the total population is estimated to be between 5,000 and 7,000 individuals. 74 Fed. Reg 41661 (Aug. 18, 2009).

265. Due to the threats to the pale blue-eyed grass, on July 24, 2007, Guardians submitted a petition to the Service to list the pale blue-eyed grass as endangered or threatened under the ESA. The petition was received on July 30, 2007.

266. The Service issued a 90-day finding on Guardians' petition to list the pale blue-eyed grass on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the pale blue-eyed grass may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range and other natural or manmade factors affecting its continued existence. The species and its habitat is subject to disturbance from off-road vehicle use, livestock grazing, development, and agriculture, Livestock grazing reduces the plant's ability to reproduce via seed, limited the possibilities for genetic exchange. The small population is subject to genetic bottleneck and reduced genetic

flow, making it more difficult to withstand environmental stressors such as drought and climate change.  74 Fed. Reg 41661-41662 (Aug. 18, 2009).

267. The Service was required to make a 12-month finding as to whether listing the pale blue-eyed grass is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

JJJ. *Draba weberi*—Weber's whitlow-grass

268. Weber's whitlow-grass is a plant known from one location in Summit County, Colorado. The number of plants appears to have diminished from about 100 to 20 or 30 between the 1980s and 2006. 74 Fed. Reg 41657 (Aug. 18, 2009).

269. Due to the threats to the Weber's whitlow-grass, on July 24, 2007, Guardians submitted a petition to the Service to list the Weber's whitlow-grass as endangered or threatened under the ESA. The petition was received on July 30, 2007.

270. The Service issued a 90-day finding on Guardians' petition to list the Weber's whitlow-grass on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Weber's whitlow-grass may be warranted may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from recreational activities. The plants are easily accessed from a parking lot that is a popular point of access for climbers, hikers, and backcountry skiers, and the level of reacrational activity in the habitat is likely to result in trampling. Road and dam construction and maintenance are also potential threats to the species; the population depends on water flowing from an outflow pipe below a dam. 74 Fed. Reg 41657 (Aug. 18, 2009).

271. The Service was required to make a 12-month finding as to whether listing the Weber's whitlow-grass is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

KKK. *Lesquerella navajoensis*—Navajo bladderpod

272. The Navajo bladderpod is a plant endemic to Todilto limestone outcrops in Kane County, Utah; Apache County, Arizona; and McKinley County, New Mexico. Little is known about this species. 74 Fed. Reg 41659 (Aug. 18, 2009).

273. Due to the threats to the Navajo bladderpod, on July 24, 2007, Guardians submitted a petition to the Service to list the Navajo bladderpod as endangered or threatened under the ESA. The petition was received on July 30, 2007.

274. The Service issued a 90-day finding on Guardians' petition to list the Navajo bladderpod on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Navajo bladderpod may be warranted may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Outcrops of Todilto limestone aer actively mined for road base material, and habitat at one of the two known sites has already been quarried, leaving only a remnant on the mesa rim.  74 Fed. Reg 41659 (Aug. 18, 2009).

275. The Service was required to make a 12-month finding as to whether listing the Navajo bladderpod is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

LLL. *Astragalus iselyi*—Isely milkvetch

276. The Isely milkvetch is a plant endemic to a narrow range in low-elevation clay soils in Grand and San Juan Counties in southeastern Utah. The population is estimated to be approximately 2,500 individuals. 74 Fed. Reg 41655 (Aug. 18, 2009).

277. Due to the threats to the Isely milkvetch, on July 24, 2007, Guardians submitted a petition to the Service to list the Isely milkvetch as endangered or threatened under the ESA. The petition was received on July 30, 2007.

278. The Service issued a 90-day finding on Guardians' petition to list the Isely milkvetch on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Isely milkvetch may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range. Uranium mining is proposed for the area and off-road vehicle use is a potential threat. 74 Fed. Reg 41655 (Aug. 18, 2009).

279. The Service was required to make a 12-month finding as to whether listing the Isely milkvetch is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

MMM. *Astragalus sabulosus*—Cisco milkvetch

280. The Cisco milkvetch is a plant endemic to a narrow range, found in five locations in Grand County,  Utah. The population size is highly variable from year to year but is estimated to be approximately 25,000 individuals. 74 Fed. Reg 41656 (Aug. 18, 2009).

281. 277. Due to the threats to the Cisco milkvetch, on July 24, 2007, Guardians submitted a petition to the Service to list the Cisco milkvetch as endangered or threatened under the ESA. The petition was received on July 30, 2007.

282. The Service issued a 90-day finding on Guardians' petition to list the Cisco milkvetch on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Cisco milkvetch may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from energy exploration and development. 74 Fed. Reg 41656 (Aug. 18, 2009).

283. The Service was required to make a 12-month finding as to whether listing the Cisco milkvetch is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

NNN. *Pyrgulopsis anguina*—Longitudinal gland pyrg

284. The longitudinal gland pyrg is a freshwater snail endemic to Snake Valley on the Nevada-Utah border. It has been found in spring systems in White Pine County, Nevada, and Millard County, Utah. 74 Fed. Reg 41661 (Aug. 18, 2009).

285. Due to the threats to the longitudinal gland pyrg, on July 24, 2007, Guardians submitted a petition to the Service to list the longitudinal gland pyrg as endangered or threatened under the ESA. The petition was received on July 30, 2007.

286. The Service issued a 90-day finding on Guardians' petition to list the longitudinal gland pyrg on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the longitudinal gland pyrg may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from spring diversions, livestock trampling, roads, and development; and due to other natural or manmade factors affecting its continued existence resulting from drought and effects of climate change. 74 Fed. Reg 41661 (Aug. 18, 2009).

287. The Service was required to make a 12-month finding as to whether listing the longitudinal gland pyrg is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

OOO. *Pyrgulopsis hamlinensis*—Hamlin Valley pyrg

288. The Hamlin Valley pyrg is a freshwater snail endemic to one location in Beaver County, Utah. 74 Fed. Reg 41661 (Aug. 18, 2009).

289. Due to the threats to the Hamlin Valley pyrg, on July 24, 2007, Guardians submitted a petition to the Service to list the Hamlin Valley pyrg as endangered or threatened under the ESA. The petition was received on July 30, 2007.

290. The Service issued a 90-day finding on Guardians' petition to list the Hamlin Valley pyrg on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Hamlin Valley pyrg may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from spring diversions, livestock trampling, roads, and development; and due to other natural or manmade factors affecting its continued existence resulting from drought and effects of climate change. 74 Fed. Reg 41649 (Aug. 18, 2009).

291. The Service was required to make a 12-month finding as to whether listing the Hamlin Valley pyrg is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

PPP. *Pyrgulopsis saxatilis*—Sub-globose snake pyrg

292. The sub-globose snake pyrg is a freshwater snail endemic to one spring in Millard County, Utah. 74 Fed. Reg 41661 (Aug. 18, 2009).

293. Due to the threats to the sub-globose snake pyrg, on July 24, 2007, Guardians submitted a petition to the Service to list the sub-globose snake pyrg as endangered or threatened under the ESA. The petition was received on July 30, 2007.

294. The Service issued a 90-day finding on Guardians' petition to list the sub-globose snake pyrg on August 18, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the sub-globose snake pyrg may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range resulting from spring diversions, livestock trampling, roads, and development; and due to other natural or manmade factors affecting its continued existence resulting from drought and effects of climate change. 74 Fed. Reg 41661 (Aug. 18, 2009).

295. The Service was required to make a 12-month finding as to whether listing the sub-globose snake pyrg is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

QQQ. *Ashmunella macromphala*—Cook's Peak woodlandsnail

296. The Cook's Peak woodlandsnail is found on two rockslides on Cookes Peak in Luna County, New Mexico, and in a single isolated population in OK Canyon in Carson National Forest, northern New Mexico. The snails occupy the edges of the talus, where they occur under rocks, soil, and debris. They also use the vegetation surrounding the talus such as oaks (*Quercus* sp.), which provide food and shelter. 74 Fed. Reg. 66891 (December 16, 2009).

297. Due to the threats to the Cook's Peak woodlandsnail, on June 18, 2007, Guardians submitted a petition to the Service to list the Cook's Peak woodlandsnail as endangered or threatened under the ESA. The petition was received on June 25, 2007.

298. The Service issued a 90-day finding on Guardians' petition to list the Cook's Peak woodlandsnail on December 16, 2009. The finding concluded that Guardians' petition presented substantial information to indicate that listing the Cook's Peak woodlandsnail may be warranted due to the present or threatened destruction, modification, or curtailment of its habitat or range, resulting from fire, rockslides, and mining, and to other natural manmade factors affecting its continued existence. Fossil evidence suggests the species' range has contracted over time, which could be attributed to a drying climate; further range contraction is likely with continued climate warming. 74 Fed. Reg. 66891 (December 16, 2009).

299. The Service was required to make a 12-month finding as to whether listing the Cook's Peak woodlandsnail is warranted within 12 months of receipt of the 2007 petition, but it has not made this mandatory finding to date, in violation of the ESA. 16 U.S.C. § 1533(b)(3)(B).

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

#### Violation of the ESA: Failure to Make Timely 12-Month Finding for *Potamilus metnecktayi*

300. Plaintiff hereby incorporates all preceding paragraphs.

301. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Potamilus metnecktayi* – the Salina Mucket- as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

### SECOND CLAIM FOR RELIEF

#### Violation of the ESA: Failure to Make Timely 12-Month Finding for *Potamilus amphichaenus*

302. Plaintiff hereby incorporates all preceding paragraphs.

303. The Service's failure to make a timely 12-month finding on Guardians' petition to list *Potamilus amphichaenus* –the Texas heelsplitter- as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## THIRD CLAIM FOR RELIEF

Violation of ESA: Failure to Make Timely 12-Month Finding for *Donrichardsia macroneuron*

304. Plaintiff hereby incorporates all preceding paragraphs.

305. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Donrichardsia macroneuron* - a moss- as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## FOURTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make Timely 12-Month Finding for *Eurycea neotenes*

306. Plaintiff hereby incorporates all preceding paragraphs.

307. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Eurycea neotenes* -Texas Salamander- as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## FIFTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make Timely 12-Month Finding for *Eurycea robusta*

308. Plaintiff hereby incorporates all preceding paragraphs.

309. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Eurycea robusta* -Blanco blind salamander- as an endangered or threatened species violates the

ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## SIXTH CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make Timely 12-Month Finding for *Eurycea sp. 8*

310. Plaintiff hereby incorporates all preceding paragraphs.

311. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Eurycea sp. 8* - Comal Springs salamander as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## SEVENTH CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make Timely 12-Month Finding for *Eurycea tridentifera* -

312. Plaintiff hereby incorporates all preceding paragraphs.

313. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Eurycea tridentifera* - Comal blind salamander as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## EIGHTH CLAIM FOR RELIEF

### Violation of ESA: Failure to Make Timely 12-Month Finding for *Notophthalmus meridionalis*

314. Plaintiff hereby incorporates all preceding paragraphs.

315. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Notophthalmus meridionalis* - black-spotted newt as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

NINTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Cambarus subterraneus*

316. Plaintiff hereby incorporates all preceding paragraphs.

317. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Cambarus subterraneus* -Delaware County cave crayfish as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

TENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Cambarus tartarus*

318. Plaintiff hereby incorporates all preceding paragraphs.

319. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Cambarus tartarus* - Oklahoma cave crayfish as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

ELEVENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make Timely 12-Month Finding for *Orconectes saxatilis*

320. Plaintiff hereby incorporates all preceding paragraphs.

321. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Orconectes saxatilis* -Kiamichi crayfish- as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

TWELFTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Lirceolus smithii*

322. Plaintiff hereby incorporates all preceding paragraphs.

323. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Lirceolus smithii* -Texas troglobitic water slater -as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

THIRTEENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Cyprinodon pecosensis*

324. Plaintiff hereby incorporates all preceding paragraphs.

325. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Cyprinodon pecosensis* -Pecos pupfish-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FOURTEENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Cyprinodon tularosa*

326. Plaintiff hereby incorporates all preceding paragraphs.

327. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Cyprinodon tularosa* -White Sands pupfish-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FIFTEENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Gambusia clarkhubbsi*

328. Plaintiff hereby incorporates all preceding paragraphs.

329. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Gambusia clarkhubbsi* -San Felipe gambusia- as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

SIXTEENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Ictalurus sp. 1*

330. Plaintiff hereby incorporates all preceding paragraphs.

331. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Ictalurus sp. 1*- Chihuahua catfish-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

SEVENTEENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Macrhybopsis tetranema*

332. Plaintiff hereby incorporates all preceding paragraphs.

333. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Macrhybopsis tetranema* -Arkansas River speckled chub-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

EIGHTEENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Satan eurystomus*

334. Plaintiff hereby incorporates all preceding paragraphs.

335. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Satan eurystomus* -Widemouth blindcat- as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

NINETEENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Trogloglanis pattersoni*

336. Plaintiff hereby incorporates all preceding paragraphs.

337. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Trogloglanis pattersoni* -Toothless blindcat-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

TWENTIETH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Agalinis navasotensis*

338. Plaintiff hereby incorporates all preceding paragraphs.

339. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Agalinis navasotensis* -Navasota false foxglove-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## TWENTY-FIRST CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Eriogonum mortonianum*

340. Plaintiff hereby incorporates all preceding paragraphs.

341. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Eriogonum mortonianum* -Morton's wild buckwheat-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## TWENTY-SECOND CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Amsonia tharpii*

342. Plaintiff hereby incorporates all preceding paragraphs.

343. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Amsonia tharpii* -Tharp's blue-star-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## TWENTY-THIRD CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Castilleja ornate*

344. Plaintiff hereby incorporates all preceding paragraphs.

345. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Castilleja ornate* -Glowing indian paintbrush-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

TWENTY-FOURTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Asclepias prostrate*

346. Plaintiff hereby incorporates all preceding paragraphs.

347. The Service's failure to make a timely 12-month finding on Guardians' petition to list the

*Asclepias prostrate* -prostrate milkweed-as an endangered or threatened species violates the

ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully

withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

TWENTY-FIFTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Salvia pentstemonoides*

348. Plaintiff hereby incorporates all preceding paragraphs.

349. The Service's failure to make a timely 12-month finding on Guardians' petition to list the

*Salvia pentstemonoides* -big red sage-as an endangered or threatened species violates the ESA,

16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or

unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

TWENTY-SIXTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Lesquerella kaibabensis*

350. Plaintiff hereby incorporates all preceding paragraphs.

351. The Service's failure to make a timely 12-month finding on Guardians' petition to list the

*Lesquerella kaibabensis* -Kaibab bladderpod-as an endangered or threatened species violates the

ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully

withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

TWENTY-SEVENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Hexalectris revolute*

352. Plaintiff hereby incorporates all preceding paragraphs.

353. The Service's failure to make a timely 12-month finding on Guardians' petition to list the

*Hexalectris revolute* -Chisos coralroot-as an endangered or threatened species violates the ESA,

16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or

unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

TWENTY-EIGHTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Genistidium dumosum*

354. Plaintiff hereby incorporates all preceding paragraphs.

355. The Service's failure to make a timely 12-month finding on Guardians' petition to list the

*Genistidium dumosum* -brush-pea-as an endangered or threatened species violates the ESA, 16

U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or

unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

TWENTY-NINTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make Timely 12-Month Finding for *Pediomelum pentaphyllum*

356. Plaintiff hereby incorporates all preceding paragraphs.

357. The Service's failure to make a timely 12-month finding on Guardians' petition to list the

*Pediomelum pentaphyllum* -Chihuahua scurfpea-as an endangered or threatened species violates

the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully

withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

THIRTIETH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Paronychia congesta*

358. Plaintiff hereby incorporates all preceding paragraphs.

359. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Paronychia congesta* -bushy whitlow-wort-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

THIRTY-FIRST CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Cicindela theatina*

360. Plaintiff hereby incorporates all preceding paragraphs.

361. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Cicindela theatina* -Colorado tiger beetle-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

THIRTY-SECOND CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Lycaena ferrisi*

362. Plaintiff hereby incorporates all preceding paragraphs.

363. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Lycaena ferrisi* -Ferris's copper-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

THIRTY-THIRD CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Argia sabino*

364. Plaintiff hereby incorporates all preceding paragraphs.

365. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Argia sabino* -Sabino dancer-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

THIRTY-FOURTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Haideoporus texanus*

366. Plaintiff hereby incorporates all preceding paragraphs.

367. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Haideoporus texanus* -Edwards Aquifer diving beetle-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

THIRTY-FIFTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Litodonta sp. 1 nr. Alpina*

368. Plaintiff hereby incorporates all preceding paragraphs.

369. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Litodonta sp. 1 nr. Alpina* -a notodontid moth-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## THIRTY-SIXTH CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Astylis sp. 1*

370. Plaintiff hereby incorporates all preceding paragraphs.

371. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Astylis sp. 1* -a notodontid moth-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## THIRTY-SEVENTH CLAIM FOR RELIEF

### Violation of ESA: Failure to Make Timely 12-Month Finding for *Heterocampa sp. 1 nr. Amanda*

372. Plaintiff hereby incorporates all preceding paragraphs.

373. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Heterocampa sp. 1 nr. Amanda* - a notodontid moth-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## THIRTY-EIGHTH CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Fusconaia lananensis*

374. Plaintiff hereby incorporates all preceding paragraphs.

375. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Fusconaia lananensis* -triangle pigtoe-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

THIRTY-NINTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Pleurobema riddellii*

376. Plaintiff hereby incorporates all preceding paragraphs.

377. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Pleurobema riddellii* -Louisiana pigtoe-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FORTIETH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Toxolasma corvunculus*

378. Plaintiff hereby incorporates all preceding paragraphs.

379. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Toxolasma corvunculus* -southern purple Lilliput-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FORTY-FIRST CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Pyrgulopsis pecosensis*

380. Plaintiff hereby incorporates all preceding paragraphs.

381. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Pyrgulopsis pecosensis* -Pecos springsnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FORTY-SECOND CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Phreatodrobia imitate*

382. Plaintiff hereby incorporates all preceding paragraphs.

383. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Phreatodrobia imitate* - mimic cavesnail as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FORTY-THIRD CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Pyrgulopsis arizonae*

384. Plaintiff hereby incorporates all preceding paragraphs.

385. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Pyrgulopsis arizonae* -Bylas springsnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FORTY-FOURTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Pyrgulopsis bacchus*

386. Plaintiff hereby incorporates all preceding paragraphs.

387. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Pyrgulopsis bacchus* -Grand Wash springsnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FORTY-FIFTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Pyrgulopsis conica*

388. Plaintiff hereby incorporates all preceding paragraphs.

389. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Pyrgulopsis conica* -Kingman springsnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FORTY-SIXTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Pyrgulopsis glandulosa*

390. Plaintiff hereby incorporates all preceding paragraphs.

391. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Pyrgulopsis glandulosa* -Verde Rim springsnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FORTY-SEVENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Tryonia gilae*

392. Plaintiff hereby incorporates all preceding paragraphs.

393. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Tryonia gilae* -Gilae tryonia-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## FORTY-EIGHTH CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Tryonia quitobaquitae*

394. Plaintiff hereby incorporates all preceding paragraphs.

395. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Tryonia quitobaquitae* -Quitobaquito tryonia-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## FORTY-NINTH CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Pisidium sanguinichristi*

396. Plaintiff hereby incorporates all preceding paragraphs.

397. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Pisidium sanguinichristi* -Sangre de Cristo peaclam-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## FIFTIETH CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Oreohelix pilsbryi*

398. Plaintiff hereby incorporates all preceding paragraphs.

399. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Oreohelix pilsbryi* -Mineral Creek mountainsnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

<u>FIFTY-FIRST CLAIM FOR RELIEF</u>

<u>Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Sonorella eremita*</u>

400. Plaintiff hereby incorporates all preceding paragraphs.

401. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Sonorella eremita* -San Xavier talussnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

<u>FIFTY-SECOND CLAIM FOR RELIEF</u>

<u>Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Sonorella todseni*</u>

402. Plaintiff hereby incorporates all preceding paragraphs.

403. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Sonorella todseni* -Dona Ana talussnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

<u>FIFTY-THIRD CLAIM FOR RELIEF</u>

<u>Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Ashmunella levettei*</u>

404. Plaintiff hereby incorporates all preceding paragraphs.

405. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Ashmunella levettei* -Huachuca woodlandsnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FIFTY-FOURTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Maricopella allynsmithi*

406. Plaintiff hereby incorporates all preceding paragraphs.

407. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Maricopella allynsmithi* -Squaw Park talussnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FIFTY-FIFTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Sonorella grahamensis*

408. Plaintiff hereby incorporates all preceding paragraphs.

409. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Sonorella grahamensis* -Pinaleno talussnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FIFTY-SIXTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Sonorella macrophallus*

410. Plaintiff hereby incorporates all preceding paragraphs.

411. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Sonorella macrophallus* -Wet Canyon talussnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FIFTY-SEVENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Aspidoscelis arizonae*

412. Plaintiff hereby incorporates all preceding paragraphs.

413. The Service's failure to make a timely 12-month finding on Guardians' petition to list the

*Aspidoscelis arizonae*-Arizona striped whiptail-as an endangered or threatened species violates

the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully

withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FIFTY-EIGHTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Cryptantha semiglabra*

414. Plaintiff hereby incorporates all preceding paragraphs.

415. The Service's failure to make a timely 12-month finding on Guardians' petition to list the

*Cryptantha semiglabra* -Pipe Springs cryptantha-as an endangered or threatened species violates

the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully

withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

FIFTY- NINTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Eriogonum brandegeei*

416. Plaintiff hereby incorporates all preceding paragraphs.

417. The Service's failure to make a timely 12-month finding on Guardians' petition to list the

*Eriogonum brandegeei* -Brandegee's wild buckwheat-as an endangered or threatened species

violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action "unlawfully withheld

or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## SIXTIETH CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Corispermum navicula*

418. Plaintiff hereby incorporates all preceding paragraphs.

419. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Corispermum navicula* -boat-shaped bugseed-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## SIXTY-FIRST CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make Timely 12-Month Finding for *Sisyrinchium sarmentosum*

420. Plaintiff hereby incorporates all preceding paragraphs.

421. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Sisyrinchium sarmentosum* -pale blue-eyed grass-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

## SIXTY-SECOND CLAIM FOR RELIEF

### Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Draba weberi*

422. Plaintiff hereby incorporates all preceding paragraphs.

423. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Draba weberi* -Weber's whitlow-grass-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

SIXTY-THIRD CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Lesquerella navajoensis*

424. Plaintiff hereby incorporates all preceding paragraphs.

425. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Lequerella navajoensis* -Navajo bladderpod-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

SIXTY-FOURTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Astragalus iselyi*

426. Plaintiff hereby incorporates all preceding paragraphs.

427. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Astragalus iselyi* -Isely's milkvetch-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

SIXTY-FIFTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Astragalus sabulosus*

428. Plaintiff hereby incorporates all preceding paragraphs.

429. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Astragalus sabulosus* -Cisco milkvetch-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

SIXTY-SIXTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for P*yrgulopsis anguina*

430. Plaintiff hereby incorporates all preceding paragraphs.

431. The Service's failure to make a timely 12-month finding on Guardians' petition to list the
*Pyrgulopsis anguina* -longitudinal gland pyrg-as an endangered or threatened species violates the
ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully
withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

SIXTY-SEVENTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Pyrgulopsis hamlinensis*

432. Plaintiff hereby incorporates all preceding paragraphs.

433. The Service's failure to make a timely 12-month finding on Guardians' petition to list the
*Pyrgulopsis hamlinensis* -Hamlin Valley pyrg-as an endangered or threatened species violates
the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully
withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

SIXTY-EIGHTH CLAIM FOR RELIEF

Violation of the ESA: Failure to Make a Timely 12-Month Finding for *Pyrgulopsis saxatilis*

434. Plaintiff hereby incorporates all preceding paragraphs.

435. The Service's failure to make a timely 12-month finding on Guardians' petition to list the
*Pyrgulopsis saxatilis* -sub-globose snake pyrg-as an endangered or threatened species violates
the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action that has been "unlawfully
withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

<center>SIXTY-NINTH CLAIM FOR RELIEF</center>

<u>Violation of the ESA: Failure to Make Timely 12-Month Finding for *Ashmunella macromphala*</u>

436. Plaintiff hereby incorporates all preceding paragraphs.

437. The Service's failure to make a timely 12-month finding on Guardians' petition to list the *Ashmunella macromphala* -Cook's Peak woodlandsnail-as an endangered or threatened species violates the ESA, 16 U.S.C. § 1533(b)(3)(B), and constitutes agency action "unlawfully withheld or unreasonably delayed" within the meaning of the APA. 5 U.S.C. § 706(1).

<center>REQUEST FOR RELIEF</center>

Plaintiff respectfully requests that the Court enter Judgment for Plaintiff providing the following relief:

A. Declare that Defendants violated the ESA and APA by failing to issue timely 12- month findings as to whether listing of each of the above-identified sixty-nine species is warranted;

B. Order Defendants to issue, by dates certain, findings as to whether listing each of the above-identified sixty-nine species is warranted, 16 U.S.C. § 1533(b)(3)(B);

C. Grant Plaintiff its attorneys' fees and costs in this action as provided by the ESA, 16 U.S.C. § 1540(g)(4), or the Equal Access to Justice Act, 28 U.S.C. § 2412; and

D. Provide such other relief as the Court deems just and proper.

Dated: December 14, 2015          Respectfully submitted

<div style="margin-left:35%">/s/ Sarah K. McMillan<br>Sarah K. McMillan (D. D.C. Bar # CO0057)<br>WildEarth Guardians<br>P.O. Box 7516<br>Missoula, Montana 59807<br>(p) 406.549.3895<br>smcmillan@wildearthguardians.org</div>

<div style="text-align:right">86</div>